510 A.2d 721

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Monroe C. HATCHER, Sr.

Supreme Court of Pennsylvania.

June 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 27 M.D. Appeal Docket 1986.